DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAIDA MACIAS PEÑA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00301-EPG<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME<br><br>(ECF No. 16) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 15, 2022 to May 16, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to Plaintiff's Counsel having an emergency family health matter to attend to. (see Decl. Dolly M. Trompeter). Defendant does not oppose the

requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:  April 18, 2022				PENA & BROMBERG, ATTORNEYS AT LAW


					By: */s/ Dolly M. Trompeter*
						DOLLY M. TROMPETER
						Attorneys for Plaintiff


Dated: April 18, 2022			PHILLIP A. TALBERT
						United States Attorney
						PETER K. THOMPSON
						Acting Regional Chief Counsel, Region IX
						Social Security Administration


					By:   **/s/ Chantal R. Jenkins*
						Chantal R. Jenkins
						Special Assistant United States Attorney
						Attorneys for Defendant
						(*As authorized by email on April 15, 20221129469210)

**ORDER**

Based on the above stipulation (ECF No. 16), IT IS ORDERED that Plaintiff shall file Plaintiff's opening brief no later than May 16, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 18, 2022**                         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE