DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAIDA MACIAS PEÑA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:21-cv-00301-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 22) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 26, 2022 to August 25, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of July 26, 2022 and August 1, 2022, Counsel for Plaintiff has 10 merit briefs, and several letter briefs and reply briefs. Counsel requires additional time to brief the issues

1  thoroughly for the Court's consideration. Defendant does not oppose the requested extension.
2  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                                Respectfully submitted,

Dated: July 26, 2022       PENA & BROMBERG, ATTORNEYS AT LAW

                                    By: */s/ Dolly M. Trompeter*
                                          DOLLY M. TROMPETER
                                          Attorneys for Plaintiff

Dated: July 26, 2022      PHILLIP A. TALBERT
                                      United States Attorney
                                      PETER K. THOMPSON
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                                  By:  */s/ Armand D Roth*
                                          Armand D Roth
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant
                                          (*As authorized by email on July 26, 2022)

**ORDER**

Based on the above stipulation (ECF No. 22), IT IS ORDERED that Plaintiff shall file Plaintiff's reply no later than August 25, 2022.

IT IS SO ORDERED.

Dated:  **July 26, 2022**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE